IN THE SUPREME COURT OF THE STATE OF NEVADA

SMITH'S FOOD & DRUG CENTERS, INC., D/B/A SMITH'S FOOD AND DRUG,
Appellant,
vs.
PATRICIA A. TAYLOR, AN INDIVIDUAL,
Respondent.

No. 84049

**FILED**

JAN 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on January 10, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Timothy C. Williams, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Cooper Levenson, P.A.
Tanner Churchill Anderson
Claggett & Sykes Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-02526